1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ELANA OLSEN, | ) | **Case No. 2:12-cv-9034-SS** |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT OF REMAND** |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrently with the lodging of the within Judgment of Remand,

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATE:    4/5/13                                                         /S/
                                                      _____
                                                      THE HONORABLE SUZANNE H. SEGAL
                                                      UNITED STATES MAGISTRATE JUDGE

-1-