IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, ELANA OLSEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELANA OLSEN,<br><br>           Plaintiff,<br><br>      vs.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ,<br><br>           Defendants. | Case No.: CV 12-09034-SS<br><br>ORDER<br>AWARDING EAJA FEES<br><br><br>HON. SUZANNE H. SEGAL<br>UNITED STATES MAGISTRATE JUDGE |

　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of THREE THOUSAND SEVENTY FIVE DOLLARS ($3,075.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 5/02/13

　　　　　　　　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　HON. SUZANNE H. SEGAL
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE